*In re* HÉCTOR SEGARRA IRIZARRY, notario.

*Número:* 2876     *Resuelto:* 26 de noviembre de 1985

*Govén D. Martínez Surís, Director de Inspección de Notarías,* querellante; *Héctor Segarra Irizarry, pro se.*

I

PER CURIAM: En atención a una comunicación de la Oficina de Inspección de Notarías, concedimos término al notario Héctor Segarra Irizarry para que compareciera ante este foro a exponer las razones por las cuales "en vista de que el 21 de febrero de 1985 le advertimos que tenía que dar estricto cumplimiento a los requisitos establecidos por la Ley . . . Notarial de Puerto Rico so pena de sanciones, no debamos en esta ocasión suspenderlo de la notaría". Simultáneamente ordenamos que cumpliera con dicha obligación y remitiera a la referida oficina los índices notariales correspondientes al período comprendido desde el 5 de mayo hasta el presente.

## II

En su comparecencia el Lic. Héctor Segarra Irizarry informó que durante el período antes referido no autorizó escritura alguna, pero que hizo un afidávit. Aduce que su omisión se debió a que tuvo que dedicarse "a otros menesteres para poder subsistir" y solicitó de este Tribunal que se le permitiera renunciar al ejercicio del notariado. También nos informa que sometió los índices correspondientes, así cumplió con nuestra resolución y hay constancia en la Oficina de Inspección de Notarías de que se recibieron el 1ro de octubre de 1985.

El expediente personal del notario Héctor Segarra Irizarry refleja que no es ésta la primera ocasión en que no remite los índices notariales. Esto motivó que el 17 de enero de 1985 ordenáramos que subsanara esa pasada deficiencia y que el 21 de febrero de 1985 le previniéramos de medidas disciplinarias más rigurosas por incumplimiento futuro. También se desprende que el 4 de agosto de 1983 fue suspendido por no haber prestado la fianza requerida por las leyes para el ejercicio del notariado. Fue reinstalado el 1ro de septiembre de 1983 y le apercibimos en esa ocasión de que en el futuro tenía que cumplir estrictamente con las disposiciones de la Ley Notarial.

Surge además que desde que se inició en 1966 en el ejercicio de la notaría, sus protocolos han cumplido con las normas pautadas para el notariado.

En las circunstancias expuestas, *procede que limitemos las sanciones disciplinarias a una suspensión de tres (3) meses del ejercicio de la notaría computados a partir del día siguiente en que el licenciado Segarra Irizarry sea notificado de la presente resolución. Tan pronto cumpla con esta sanción disciplinaria se le aceptará su renuncia del ejercicio del notariado.*

El Juez Presidente Interino Señor Irizarry Yunqué no intervino.